IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

**FILED**
JUL 06 2021
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) Case No. | 1:21CR00082SRC/ACL |
| vs. ) | |
| ) | |
| JOSHUA J. DAMON, ) | 18 U.S.C. § 2422(b); |
| ) | 18 U.S.C. §§ 2251(a) and (e) |
| Defendant. ) | |

## INDICTMENT

### Count I

THE GRAND JURY CHARGES THAT:

Between on or about February 3, 2021, and February 25, 2021, in Ripley County and elsewhere within the Eastern District of Missouri,

**JOSHUA J. DAMON,**

the defendant herein, used a facility and means of interstate commerce to persuade, induce, and entice an individual who he believed had not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense, and attempted to do so, in violation of Title 18, United States Code, Section 2422(b).

### Count II

THE GRAND JURY FURTHER CHARGES THAT:

Between on or about December 11, 2020, and February 25, 2021, in Ripley County and elsewhere within the Eastern District of Missouri,

**JOSHUA J. DAMON,**

the defendant herein, attempted to employ, use, persuade, induce, and entice a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depictions would be transported and transmitted using a means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Section 2251(a), and punishable under Title 18, United States Code, Section 2251(e).

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
John N. Koester, Jr., #52177MO
Assistant United States Attorney